■ In the Matter of WILLIAM J. HUST, III, Admitted as WILLIAM JAMES HUST, III, an Attorney.

 Concur—Sullivan, J. P., Milonas, Kassal, Ellerin and Smith, JJ.